UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>  vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | Case No: C 17-5948 SBA<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Pursuant to the parties' agreement, the Court enters the following briefing schedule:

1. The deadline for any motions to supplement or complete the record is May 29, 2018.

2. Plaintiffs shall file their motion for summary judgment, not to exceed 25 pages, by no later than June 13, 2018.

3. Defendants shall file their combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment, not to exceed 25 pages, by no later than July 16, 2018.

4. Plaintiffs shall file their combined opposition to Defendants' cross-motion for summary judgment and reply brief, not to exceed 15 pages, by no later than August 6, 2018.

5. Defendants shall file their reply brief, not to exceed 15 pages, by no later than September 4, 2018.

6. The hearing on the parties' cross-motions for summary judgment is scheduled for October 10, 2018, at 1:00 p.m. Pursuant to Civil Local Rule 7-1(b), the motions may be decided without a hearing.

IT IS SO ORDERED.

Dated: 1/26/18

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge