1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Bethany A. Davis Noll, N.Y. State Bar #4541116
bethany.davisnoll@nyu.edu
*(pro hac vice pending)*
Denise Grab, Cal. State Bar #268097
denise.grab@nyu.edu
Jack Lienke, N.Y. State Bar #5066386
jack.lienke@nyu.edu
*(pro hac vice pending)*
Richard L. Revesz, N.Y. State Bar #2044725
richard.revesz@nyu.edu
*(pro hac vice pending)*
Institute for Policy Integrity
139 MacDougal, 3rd floor
New York, NY 10012
T: (212) 998-6239
F: (212) 995-4592

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STATE OF CALIFORNIA, by and through XAVIER BECERRA, Attorney General; and STATE OF NEW MEXICO, by and through HECTOR BALDERAS, Attorney General, et al., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; OFFICE OF NATURAL RESOURCES REVENUE; RYAN ZINKE, Secretary of the Interior; and GREGORY GOULD, Director, Office of Natural Resources Revenue, <br><br> Defendants. | Case No. 17-cv-05948-SBA <br><br> [PROPOSED] ORDER <br><br> Judge: Hon. Saundra Brown Armstrong |

This matter having come before the Court by motion of proposed *amici curiae* Institute for Policy Integrity at New York University School of Law, seeking leave to file an brief *amicus curiae* in the above-captioned matter, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised in the matter, hereby finds good cause to allow *amicus* participation.

PROPOSED ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE*
4:17-cv-05948-SBA

1    IT IS HEREBY ORDERED:⌊SEP⌋

2    The Motion to File an *Amicus Curiae* Brief In Support of Plaintiffs is GRANTED.

3    This _____ day of _____, 2018.

4                                          _____

                                          The Hon. Saundra Brown Armstrong

5                                           United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE*
4:17-cv-05948-SBA

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28