Bethany A. Davis Noll, N.Y. State Bar #4541116
bethany.davisnoll@nyu.edu
(pro hac vice pending)
Denise A. Grab, Cal. State Bar #268097
denise.grab@nyu.edu
Jack Lienke, N.Y. State Bar #5066386
jack.lienke@nyu.edu
(pro hac vice pending)
Richard L. Revesz, N.Y. State Bar #2044725
richard.revesz@nyu.edu
(pro hac vice pending)

Institute for Policy Integrity
New York University Law School
139 MacDougal, 3rd floor
New York, NY 10012
T: (212) 992-8932
F: (212) 995-4592

Counsel for Movant *Amicus Curiae*
Institute for Policy Integrity

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, by and through Xavier Becerra, Attorney General; and STATE OF NEW MEXICO, by and through Hector Balderas, Attorney General, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; OFFICE OF NATURAL RESOURCES REVENUE; RYAN ZINKE, Secretary of the Interior; and GREGORY GOULD, Director, Office of Natural Resources Revenue;<br><br>*Defendants*. | Case No. 4:17-cv-05948-SBA<br><br>**NOTICE OF ENTRY OF APPEARANCE OF DENISE A. GRAB**<br><br>Judge: Hon. Saundra Brown Armstrong |
Notice of Entry of Appearance of Denise A. Grab– Case No. 4:17-cv-05948-SBA

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Denise A. Grab is admitted to practice in this Court and enters this Notice of Appearance in the above referenced action as local counsel for movant *amicus curiae* the Institute for Policy Integrity at New York University School of Law.

Though Ms. Grab's address of record is Institute for Policy Integrity, New York University School of Law, 139 MacDougal Street, 3rd floor, New York, NY 10012, she is a resident of the State of California and maintains an office in San Francisco, California.

Dated:   June 27, 2018          Respectfully submitted,

   /s/ Denise A. Grab
Bethany A. Davis Noll, N.Y. State Bar #4541116
bethany.davisnoll@nyu.edu
(pro hac vice pending)
Denise A. Grab, CA State Bar #268097
denise.grab@nyu.edu
Jack Lienke, N.Y. State Bar #5066386
jack.lienke@nyu.edu
(pro hac vice pending)
Richard L. Revesz, N.Y. State Bar #2044725
richard.revesz@nyu.edu
(pro hac vice pending)

Institute for Policy Integrity
New York University Law School
139 MacDougal, 3rd floor
New York, NY 10012
T: (212) 992-8932
F: (212) 995-4592

*Counsel for Movant* Amicus Curiae
*Institute for Policy Integrity*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2018, I electronically filed the NOTICE OF APPEARANCE OF DENISE A. GRAB with the Clerk using the CM/ECF system, which I understand to have caused service of the filing to all counsel of record.

   /s/ Denise A. Grab_____
Bethany A. Davis Noll, N.Y. State Bar #4541116
bethany.davisnoll@nyu.edu
(pro hac vice pending)
Denise A. Grab, Cal. State Bar #268097
denise.grab@nyu.edu
Jack Lienke, N.Y. State Bar #5066386
jack.lienke@nyu.edu
(pro hac vice pending)
Richard L. Revesz, N.Y. State Bar #2044725
richard.revesz@nyu.edu
(pro hac vice pending)

Institute for Policy Integrity
New York University Law School
139 MacDougal, 3rd floor
New York, NY 10012
T: (212) 992-8932
F: (212) 995-4592

*Counsel for Movant* Amicus Curiae
*Institute for Policy Integrity*