XAVIER BECERRA
Attorney General of California
DAVID A. ZONANA
Supervising Deputy Attorney General
GEORGE TORGUN, State Bar No. 222085
JOHN W. EVERETT, State Bar No. 259481
Deputy Attorneys General
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 738-9305
Fax: (619) 645-2012
E-mail: john.everett@doj.ca.gov

*Attorneys for the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **STATE OF CALIFORNIA, by and through XAVIER BECERRA, ATTORNEY GENERAL; and STATE OF NEW MEXICO, by and through HECTOR BALDERAS, ATTORNEY GENERAL,**<br><br>Plaintiffs,<br><br>**v.**<br><br>**UNITED STATES DEPARTMENT OF THE INTERIOR; OFFICE OF NATURAL RESOURCES REVENUE; RYAN ZINKE, Secretary of the Interior; and GREGORY GOULD, Director, Office of Natural Resources Revenue,**<br><br>Defendants. | Case No. 4:17-cv-05948-SBA<br><br>**THE STATE OF CALIFORNIA'S NOTICE OF APPEARANCE OF JOHN W. EVERETT** |

Pursuant to L.R. Civ. 5-1(c)(2)(A), Plaintiff the State of California, by and through Xavier Becerra, Attorney General, hereby provides notice of the appearance of John W. Everett in this matter. This notice constitutes the first appearance of Mr. Everett in this matter.

A notice of substitution of counsel, substituting Mr. Everett for Ms. Mary Tharin, has been filed concurrently herewith.

Dated: January 30, 2019

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
DAVID A. ZONANA
GEORGE TORGUN

/s/ John W. Everett
JOHN W. EVERETT
*Attorney for the State of California*