UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STATE OF CALIFORNIA, by and through XAVIER BECERRA, ATTORNEY GENERAL; and STATE OF NEW MEXICO, by and through HECTOR BALDERAS, ATTORNEY GENERAL, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; OFFICE OF NATURAL RESOURCES REVENUE; DAVID BERNHARD, Acting Secretary of the Interior; and GREGORY GOULD, Director, Office of Natural Resources Revenue, <br><br> Defendants. | Case No:  C 17-5948 SBA <br><br> **JUDGMENT** |

In accordance with the Court's Order Re Cross-Motions for Summary Judgment, final judgment is hereby entered in favor of Plaintiffs State of California and the State of New Mexico.

IT IS SO ORDERED.

Dated:  3/29/19

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge