JEAN E. WILLIAMS
Deputy Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

LEILANI E. DOKTOR,
Trial Attorney, HI Bar No. 11201
United States Department of Justice
Environment & Natural Resources Division
150 M Street NE
Washington, D.C. 20002
Tel.: (202) 305-0447 / Fax: (202) 305-0506
leilani.doktor@usdoj.gov
*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| STATE OF CALIFORNIA, by and through XAVIER BECERRA, ATTORNEY GENERAL; and STATE OF NEW MEXICO, by and through HECTOR BALDERAS, ATTORNEY GENERAL,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; OFFICE OF NATURAL RESOURCES REVENUE; DAVID BERNHARDT, Secretary of the Interior; and GREGORY GOULD, Director, Office of Natural Resources Revenue,<br><br>Defendants. | Civ. No. 17-cv-05948-SBA<br><br>**JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER** |

JOINT STIP. REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER
*California v. U.S. Dept. of the Interior,* Case No. 17-cv-05948-SBA

1

**STIPULATED REQUEST**

Pursuant to Civil Local Rules 6-1(b) and 6-2, defendants the U.S. Department of the Interior; the Office of Natural Resources Revenue; David Bernhardt, in his official capacity as United States Secretary of the Interior; and Gregory Gould, in his official capacity as Director of the Office of Natural Resources Revenue (collectively, "Defendants"), defendant-intervenor American Petroleum Institute ("Defendant-Intervenor"), plaintiffs, the State of California and the State of New Mexico (collectively, "Plaintiffs"), and plaintiff-intervenors Natural Resources Defense Council, Northern Plains Resource Council, The Wilderness Society, and Western Organization of Resource Councils (collectively, "Plaintiff-Intervenors"), hereby stipulate as follows:

WHEREAS, Defendants have recently undergone a change in personnel;

WHEREAS, Defendants' counsel are seeking to coordinate new personnel;

WHEREAS, Plaintiff-Intervenors filed a Motion to Enforce on January 15, 2020;

WHEREAS, the last day for Defendants and Defendant-Intervenor to respond to Plaintiff-Intervenors' Motion to Enforce is January 29, 2020;

WHEREAS, the parties agree that the time for filing Defendants' and Defendant-Intervenor's response to the Motion should be continued one week to allow for Defendants' coordination; and

WHEREAS, it is in the interest of judicial economy that all parties maintain the same deadlines to respond;

IT IS HEREBY STIPULATED AND AGREED, subject to an order by this honorable court, by and between undersigned counsel on behalf of the parties as follows:

Pursuant to Northern District Civil Local Rule 6-2:

(a) Defendants and Defendant-Intervenor shall file any responses to the Motion to Enforce on or before February 5, 2020;

(b) Plaintiff-Intervenors shall file any reply to Defendants' and Defendant-Intervenor's response on or before February 12, 2020.

JOINT STIP. REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER
*California v. U.S. Dept. of the Interior,* Case No. 17-cv-05948-SBA

2

| | | |
|---|---|---|
| 1 | DATED: January 24, 2020 | Respectfully submitted, |
| 2 | | JEAN E. WILLIAMS |
| | | Deputy Assistant Attorney General |
| 3 | | Environment & Natural Resources Division |
| 4 | | United States Department of Justice |
| 5 | |   /s/ Leilani Doktor |
| 6 | | LEILANI E. DOKTOR, |
| | | Trial Attorney, HI Bar No. 11201 |
| 7 | | United States Department of Justice |
| | | Environment & Natural Resources Division |
| 8 | | Natural Resources Section |
| | | 150 M Street NE |
| 9 | | Washington, D.C. 20002 |
| 10 | | Tel.: (202) 305-0447 |
| | | Fax: (202) 305-0506 |
| 11 | | leilani.doktor@usdoj.gov |
| 12 | | |
| | | *Attorneys for Defendants* |
| 13 | | |
| | | GARY J. SMITH (SBN 141393) |
| 14 | | BEVERIDGE & DIAMOND, P.C. |
| | | 456 Montgomery Street, Suite 1800 |
| 15 | | San Francisco, CA 94104-1251 |
| | | Telephone: (415) 262-4000 |
| 16 | | Facsimile: (415) 262-4040 |
| | | gsmith@bdlaw.com |
| 17 | | |
| | | */s/ James Auslander* |
| 18 | | PETER J. SCHAUMBERG, *pro hac vice* |
| | | JAMES M. AUSLANDER, *pro hac vice* |
| 19 | | BEVERIDGE & DIAMOND, P.C. |
| | | 1350 I St., N.W., Suite 700 |
| 20 | | Washington, DC 20005 |
| | | Telephone: (202) 789-6009 |
| 21 | | Facsimile: (202) 789-6190 |
| | | pschaumberg@bdlaw.com |
| 22 | | jauslander@bdlaw.com |
| 23 | | |
| | | *Attorneys for Intervenor-Defendants American* |
| 24 | | *Petroleum Institute, National Mining Association, and Wyoming Mining Association* |
| 25 | | |
| | | XAVIER BECERRA |
| 26 | | Attorney General of California |
| | | DAVID A. ZONANA |
| 27 | | Supervising Deputy Attorney General |
| 28 | | |

*/s/ George Torgun*
GEORGE TORGUN, State Bar No. 222085
JOHN EVERETT, State Bar No. 259481
Deputy Attorneys General
1515 Clay Street, 20th Floor
P.O. Box 70550
Oakland, CA 94612-0550
Telephone: (510) 879-1002
Facsimile: (510) 622-2270
E-mail: George.Torgun@doj.ca.gov

*Attorneys for Plaintiff State of California,
by and through Xavier Becerra, Attorney General*

HECTOR BALDERAS
Attorney General of New Mexico

*/s/ Bill Grantham*
BILL GRANTHAM (*pro hac vice*)
Assistant Attorney General
201 Third St. NW, Suite 300
Albuquerque, NM 87102
Telephone: (505) 717-3520
E-Mail: wgrantham@nmag.gov

*Attorneys for Plaintiff State of New Mexico,
by and through Hector Balderas, Attorney General*

*/s/ Cecilia D. Segal*
CECILIA D. SEGAL (SBN 310935)
Natural Resources Defense Council
111 Sutter Street, 21st Floor
San Francisco, CA 94104
Telephone: (415) 875-6112
Fax: (415) 795-4799
E-mail: csegal@nrdc.org

AARON COLANGELO, *pro hac vice*
Natural Resources Defense Council
1152 15th Street, NW, Suite 300
Washington, DC 20005
Telephone: (202) 289-2376
Fax: (415) 795-4799
E-mail: acolangelo@nrdc.org

*Counsel for Plaintiff-Intervenors Natural Resources Defense Council, Northern Plains Resource Council, The Wilderness Society, and Western Organization of Resource Councils*

JOINT STIP. REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER
*California v. U.S. Dept. of the Interior,* Case No. 17-cv-05948-SBA

4

**ORDER**

Having considered the parties' Stipulated Request for Order Changing Time, and for good cause shown,

IT IS SO ORDERED that:

1. Defendants and Defendant Intervenor shall file any responses to the Motion to Enforce on or before February 5, 2020;

2. Plaintiff-Intervenors shall file any reply to Defendants' and Defendant Intervenor's responses on or before February 12, 2020.

Dated: January 27, 2020

Saundra Brown Armstrong
United States District Judge

JOINT STIP. REQUEST FOR ORDER CHANGING TIME; [PROPOSED] ORDER
*California v. U.S. Dept. of the Interior,* Case No. 17-cv-05948-SBA

5